United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 11-16728-elf
Kenneth B D'Annibale                                           Chapter 7
Linda D'Annibale
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Mar 28, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2017.
db/jdb        +Kenneth B D'Annibale,   Linda D'Annibale,   2310 Secane Road,   Secane, PA 19018-2810

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2017 at the address(es) listed below:
          ANDREW  SPIVACK   on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
          ANDREW  SPIVACK   on behalf of Creditor   Deutsche Bank Trust Company paeb@fedphe.com
          D. TROY SELLARS   on behalf of Creditor   Deutsche Bank Trust Company paeb@fedphe.com
          GARY F. SEITZ   gseitz@gsbblaw.com,  gfs@trustesolutions.net;hsmith@gsbblaw.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          KEVIN T MCQUAIL   on behalf of Creditor   WELLS FARGO BANK, N.A. ecfmail@mwc-law.com
          LEONA  MOGAVERO   on behalf of   Emigrant Mortgage Company, Inc. lmogavero@klehr.com,
           mprimavera@fsalaw.com
          MARIO J. HANYON   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE
           paeb@fedphe.com
          MARISA MYERS COHEN   on behalf of Creditor   Wells Fargo Bank, N.A., successor by merger to
           Wachovia Bank, N.A. mcohen@mwc-law.com
          MELISSA JUSTINE CANTWELL   on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
          SHANNON L. FOSTER   on behalf of Debtor Kenneth B D'Annibale Shannon@slflaw.net,
           shannonfosteresq@gmail.com;ashley@slflaw.net
          SHANNON L. FOSTER   on behalf of Joint Debtor Linda  D'Annibale Shannon@slflaw.net,
           shannonfosteresq@gmail.com;ashley@slflaw.net
          SHERRI J. BRAUNSTEIN   on behalf of Creditor   PNC Bank, N.A. sbraunstein@udren.com,
           vbarber@udren.com
          THOMAS R. WASKOM   on behalf of Creditor   Citizens Bank kbell@hunton.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD MILLER   on behalf of Creditor   Deutsche Bank Trust Company
           gcaldiero@kernslaw.com,  bkecf@sterneisenberg.com
                                                                                      TOTAL: 17

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| Kenneth B D'Annibale | : | Bankruptcy No. 11-16728 |
| Linda D'Annibale | : | |
| | : | |
| Debtor | : | |

### O R D E R

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim filed by **Citizens Bank**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS to Claim Number 1-1 on the Claims Register forthwith**.

3. **Citizens Bank** shall file redacted copies of the documents(s) identified in Paragraph 2 above within 14 days from the date of the entry of this Order.

Dated:   3/28/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**