IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Kenneth B D'Annibale,<br>Linda D'Annibale,<br>aka Linda Daniels-D'Annibale<br>aka Linda Jean Daniels<br><br>Debtors. | Bankruptcy No. 11-16728-elf<br><br>Chapter 7<br><br>Doc. No. 2-1 and 3-1 |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 2-1) and Proof of Claim (claim number 3-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (claim number 2-1) and Proof of Claim (including attachments) (claim number 3-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed as claim number 2-1 on the Claims Register and Proof of Claim filed as claim number 3-1 on the Claims Register forthwith.

PNC Bank NA shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before June 4, 2019**.

Dated: 5/21/19

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE